**Order entered January 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00786-CR
### No. 05-19-00788-CR

**JERYL PATRICK GRAVES, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-76631-P & F17-76630-P**

## ORDER

The reporter's record was due November 22, 2019. To date, the reporter's record has not been filed and we have had no communication from court reporter Crystal Brown regarding the record. We **ORDER** the reporter's record filed on or before **February 3, 2020**. We caution Ms. Brown that the failure to file the reporter's record by that date may result in the Court ordering she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Crystal Brown, office court reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/ LANA MYERS
JUSTICE